**HILL WALLACK LLP**
Suzanne M. Marasco, Esq. (030211989)
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609-924-0808
6089-452-1888 (fax)
Attorneys for Defendant, Center for Hope Hospice, Inc.

| | |
|---|---|
| ANNE LAGROUE,<br><br>Plaintiff(s),<br><br>v.<br><br>CENTER FOR HOPE HOSPICE, INC and/or ABC CORPORATIONS 1-5,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION, UNION COUNTY<br>DOCKET NO. UNN-L-514-22<br><br>Civil Action<br><br>**NOTICE OF FILING OF REMOVAL**<br><br>**DOCUMENT ELECTRONICALLY FILED** |

To:  Silvia G. Gerges, Esq.
     LAWRENCE & GERGES, LLC
     242 Washngton Avenue
     Suite E1
     Nutley, NJ 07110

PLEASE TAKE NOTICE that in the above entitled action, Defendant, Center for Hope Hospice, has on this day filed a Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court for the District of New Jersey, Newark Vicinage. You are advised that the Defendant, upon filing of said Notice of Removal, filed a copy of this Notice with the Clerk of the Superior Court of New Jersey, Law Division, Union County, which has effected this removal, in accordance with 28 § U.S.C. 1446(b).

                                                HILL WALLACK LLP
                                                Attorney for Defendant, Center for Hope Hospice

Dated: April 18, 2022                            By: **/s/ Suzanne M. Marasco**
                                                    Suzanne M. Marasco, Esq.